STATE *v.* JOHN M. MAHANNA AND JAMES WELCH.

In an indictment for larceny of bank bills, " *two bank bills, of the value of ten dollars each, of the property of one John Moore*" is a sufficient description of the property alleged to be stolen.

INDICTMENT for larceny of " two bank bills of the national currency of the United States, for the payment of ten dollars each, and of the value of ten dollars each, of the property of one John Moore." The defendants moved in arrest of judgment for insufficient description, in the indictment, of the property alleged to be stolen.

*Morrison, Stanley & Clark* for defendants.

*Joseph B. Clark*, Solicitor, for the State, cited 2 Arch. Cr. Pl. & Pr. 354, 355 (7th ed. notes) ; *Rex* v. *Johnson*, 3 M. & S. 540, 552, 553 ; *Com* v. *Richards*, 1 Mass. 337 ; 2 East P. C. 602, 777 ; *State* v. *Kent*, 3 Hawks 618 ; *State* v. *Cassell*, 2 Har. & G. 407 ; *Com* v. *Mosely*, 2 Va. Cas. 154 ; *State* v. *Williams*, 19 Ala. 15 ; *People* v. *Kent*, 1 Doug. (Mich.) 42 ; Wharton Cr. L. § 324, 333 ; 18 U. S. Dig. 482, § 13 ; *Pyland* v. *State*, 4 Sneed 357 ; 2 Leach Cr. L. 1103 ; 3 Chitty Cr. L. 947.

DOE, J. The indictment is sufficient. No other description was necessary than " two bank bills, of the value of ten dollars each, of the property of one John Moore."

*Motion denied.*